

**Exhibit 3**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 8-K

### CURRENT REPORT PURSUANT
### TO SECTION 13 OR 15(D) OF THE
### SECURITIES EXCHANGE ACT OF 1934

**February 22, 2006**
Date of Report (Date of Earliest Event Reported)

# HOSPIRA, INC.
(Exact Name of Registrant as Specified in Its Charter)

**Delaware**
(State or Other Jurisdiction of Incorporation)

| **1-31946** | **20-0504497** |
|---|---|
| (Commission File Number) | (I.R.S. Employer Identification No.) |

**275 N. Field Drive**
**Lake Forest, Illinois 60045**
(Address Of Principal Executive Offices, including Zip Code)

Registrant's Telephone Number, Including Area Code: **(224) 212-2000**

**Not Applicable**
(Former Name or Former Address, If Changed Since Last Report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Item 1.01 Entry into a Material Definitive Agreement**

On February 22, 2006, the nominations and compensation committee of Hospira's board of directors approved the performance measures by which 2006 awards will be determined under the Hospira, Inc. 2004 Performance Incentive Plan. Hospira's named executive officers are participants in that plan. The committee will consider Hospira's earnings (adjusted as described in the press release announcing Hospira's results of operations), cash flows, net sales and corporate well-being for purposes of determining 2006 plan awards.

**Item 2.02 Results of Operations and Financial Condition**

On February 28, 2006, Hospira issued a press release announcing its 2005 fourth-quarter and full-year results of operations. Such press release is furnished as Exhibit 99.1, and incorporated by reference into this Item 2.02. In such press release, Hospira uses various non-GAAP financial measures. Please refer to the section of the press release entitled "*Use of Non-GAAP Financial Measures" for further information regarding those non-GAAP financial measures.

**Item 7.01 Other Regulation FD Disclosure**

On February 28, 2005, Hospira issued a press release announcing that its board of directors approved a $400 million share repurchase program. Such press release is furnished as Exhibit 99.2, and incorporated by reference into this Item 7.01.

**Item 9.01 Financial Statements and Exhibits**

(d) Exhibits.

Exhibits 99.1 and 99.2 are furnished pursuant to Items 2.02 and 7.01 hereof, respectively, and should not be deemed to be "filed" under the Securities Exchange Act of 1934.

| Exhibit No. | Exhibit |
|---|---|
| 99.1 | Press Release, dated February 28, 2006, announcing 2005 fourth-quarter and full-year results of operations. |
| 99.2 | Press Release, dated February 28, 2006, announcing that Hospira's board of directors approved a $400 million share repurchase program. |

2

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

HOSPIRA, INC.

Dated: February 28, 2006

/s/ Brian J. Smith

By:   Brian J. Smith
Its:   Senior Vice President, General
Counsel and Secretary

3

**INDEX OF EXHIBITS**

| Exhibit | Description |
| --- | --- |
| 99.1 | Press Release, dated February 28, 2006, announcing 2005 fourth-quarter and full-year results of operations. |
| 99.2 | Press Release, dated February 28, 2006, announcing that Hospira's board of directors approved a $400 million share repurchase program. |

4

Exhibit 99.1

# news release



For Immediate Release

## HOSPIRA REPORTS FOURTH-QUARTER AND FULL-YEAR 2005 RESULTS

*— Provides Sales and Earnings Projections for 2006 —*

- Net sales for the full year of 2005 were $2.63 billion, down 0.7 percent over 2004. Core net sales* for the year grew 5.0 percent. For the fourth quarter, net sales were $646.2 million, down 7.7 percent from the fourth quarter of 2004.

- Adjusted* full-year diluted earnings per share were $1.91 versus $1.82 for 2004. Adjusted* fourth-quarter diluted earnings per share were $0.32 versus $0.40 last year.

- GAAP full-year diluted earnings per share were $1.46 versus $1.92 in 2004. GAAP fourth-quarter diluted earnings per share were $0.16 versus $0.31 last year.

LAKE FOREST, Ill., Feb. 28, 2006 — Hospira, Inc. (NYSE:HSP), one of the largest hospital products manufacturers in the United States, today reported results for the fourth quarter and full year ended Dec. 31, 2005.

"We completed our first full year as a public company with strong operating results," said Christopher B. Begley, chief executive officer, Hospira. "Our core net sales* grew 5 percent in 2005 — better than our expectations — and we made substantial progress in what was a critical year of transition for us, thanks to the hard work and commitment of our employees. Looking forward for 2006, we are building on the momentum we generated in 2005, and expect to see the investments in our new product development begin to pay off. In addition to completing the spin-off transition in 2006, we will continue to work toward achieving our longer-term financial goals."

Hospira, Inc.
275 North Field Drive
Lake Forest, IL 60045
www.hospira.com

-MORE-

Certain results in this press release are discussed on both a U.S. Generally Accepted Accounting Principles (GAAP) and a non-GAAP (adjusted) basis. A description of the adjusted financial information is provided in the section "Use of Non-GAAP Financial Measures" contained in this press release. A reconciliation of the adjusted financial information to the most comparable GAAP measure is contained in the schedules attached to the press release.

**Financial and Operating Review**

Consolidated net sales in the quarter decreased 7.7 percent to $646.2 million, compared to $700.3 million in the fourth quarter of 2004. A schedule detailing sales by product line for the fourth quarters and the full years of 2005 and 2004 is attached to this press release.

In the fourth quarter of 2005, compared to the same quarter of 2004, the components of change in consolidated net sales were as follows:

- Termination of the Berlex agreement to distribute its imaging agents — unfavorable (7.5) percentage points,
- Unfavorable impact of 2004 pump lease adjustment relating to prior periods — (2.0) percentage points,
- Foreign currency translation — unfavorable (0.2) percentage point,
- Improved volume and mix (excluding Berlex and the pump lease adjustment noted above) — 0.7 percentage point, and
- Favorable pricing — 1.3 percentage points.

Source: HOSPIRA, INC., EX-99.1, 2/28/2006   |   Powered by Intelligize

Gross profit in the quarter was $185.3 million, a decrease of 13.3 percent from $213.8 million in the same period last year. Gross margin in the quarter was 28.7 percent, compared to 30.5 percent in the prior year's fourth quarter. Adjusted* gross profit declined 2.7 percent to $210.6 million, compared to $216.3 million in the same quarter of 2004. The adjusted* gross margin for the fourth quarter of 2005 improved to 32.6 percent from 30.9 percent last year.

The adjusted* gross margin improvement was primarily attributable to:

- Improved volume and mix — 3.7 percentage points, of which 1.8 percentage points represented the impact of the termination of the Berlex agreement,
- Favorable pricing — 0.9 percentage point,
- Higher commodity costs — (1.0) percentage point,
- Favorability in 2004 related to a lower rate of returned goods versus historical experience — (1.0) percentage point, and
- Higher freight and distribution costs — (0.9) percentage point.

Research and development (R&D) expense rose 7.7 percent in the quarter to $42.1 million, or 6.5 percent of sales, compared $39.0 million, or 5.6 percent of sales, in the fourth quarter of 2004. The company continues to increase its investment in R&D as part of its stated strategy to build its product pipeline to drive longer-term sales growth.

3

Source: HOSPIRA, INC., EX-99.1, 2/28/2006  |  Powered by Intelligize

Selling, general and administrative (S,G&A) expense in the quarter was $112.8 million, compared to $107.7 million in the fourth quarter of 2004. As a percentage of sales, S,G&A was 17.5 percent in the quarter, compared to 15.4 percent in 2004. Adjusted* S,G&A expense in the quarter was $103.9 million, or 16.1 percent of sales, compared to $92.7 million in the fourth quarter of 2004, or 13.2 percent of sales. The increase in the adjusted* S,G&A primarily was driven by higher ongoing, incremental costs associated with being an independent, public company.

Income from operations in the quarter was $30.4 million, compared to $67.1 million in the fourth quarter of 2004. The operating margin for the quarter was 4.7 percent, compared to 9.6 percent for the same period in 2004. Adjusted* income from operations in the quarter was $65.1 million, a decrease of 23.1 percent from $84.7 million in the fourth quarter of 2004. The adjusted* operating margin for the quarter was 10.1 percent, compared to 12.1 percent in 2004. The decrease was attributable to the higher R&D and S,G&A spending, which more than offset the improvement in gross margin.

Interest expense in the quarter was $7.3 million, compared to $7.8 million in the same period of 2004. The decline was primarily due to higher capitalized interest in the current quarter.

Other income was $5.7 million in the quarter, compared to other income of $1.5 million for 2004. The majority of the change is due to higher interest income.

4

Net income in the quarter was $26.6 million, compared to $49.5 million in the fourth quarter of 2004. Adjusted* net income for the quarter decreased 15.2 percent to $53.4 million, from $62.9 million in 2004. The tax rate for the quarter was 7.4 percent, compared to 18.6 percent in 2004. The company's tax rate for the full year, excluding taxes of $9.1 million related to the repatriation of foreign earnings under the Jobs Creation Act of 2004, was 24.0 percent. This full-year rate was a decrease from the previously projected annual rate of 25.5 percent, primarily due to two factors: the proportionately greater-than-projected mix of income from lower-tax-rate jurisdictions, which was partially driven by the previously announced impairment charges, and a reduction in state tax expense due to certain state tax credits earned. As a result, the 2005 fourth-quarter tax rate reflects the adjustment necessary to provide for income taxes at the 24.0 percent rate for the full year, excluding the impact of the repatriation.

**Full-Year 2005 Results**

Results for the full year of 2005 reflect the company's status as an independent public company. The 12 months of 2004 reflect results for the business operated as a part of Abbott Laboratories for the months of January through April, and as a stand-alone business for the subsequent eight months.

Consolidated net sales for 2005 were $2.63 billion compared to $2.65 billion in 2004, a decrease of 0.7 percent. Net sales for the year were favorably affected by foreign currency translation of $9.3 million. Excluding the benefit from foreign currency translation, net sales declined 1.0 percent over 2004.

5

Net income was $235.6 million, compared to $301.6 million in 2004. Diluted earnings per share were $1.46, compared to $1.92 last year. Adjusted* net income was $308.5 million, compared to $285.6 million last year. Adjusted* diluted earnings per share in 2005 were $1.91, compared to $1.82 in the prior year.

**Cash Flow Items**

Cash flow from operations for 2005 was $571.1 million, compared to $387.0 million in 2004.

Depreciation and amortization expense was $156.3 million for 2005, compared to $145.5 million in 2004. The increase is due to higher levels of capital spending.

Capital expenditures were $256.1 million for 2005, compared to $228.9 million for 2004. The increase is driven by spending related to building the company's independent infrastructure, capacity expansion and ongoing projects.

**Projections for 2006**

Hospira projects that annual net sales growth for the 2006 year will be in the 4 to 6 percent range.

Source: HOSPIRA, INC., EX-99.1, 2/28/2006  |  Powered by Intelligize

Adjusted* diluted earnings per share for 2006, which exclude the items listed below, are projected to be in the range of $2.05 to $2.10. The adjusted* operating margin is estimated to be in the 17.0 to 17.5 percent range, excluding options expense.

The reconciliation between the projected adjusted* diluted earnings per share and earnings per share on a GAAP basis is:

| | | |
|---|---|---|
| Diluted earnings per share — adjusted* | $ | 2.05 - $2.10 |
| Estimated non-recurring transition expenses related to transitioning into an independent, stand-alone company (mid-point of an estimated $0.10 to $0.12 per diluted share range for 2006) | $ | (0.11) |
| Estimated charges related to previously announced manufacturing optimization initiatives (mid-point of an estimated $0.25 to $0.29 per diluted share range for 2006) | $ | (0.27) |
| Diluted earnings per share — excluding options expense | $ | 1.67 - $1.72 |
| Estimated stock option expense | $ | (0.15) |
| Diluted earnings per share — GAAP basis | $ | 1.52 - $1.57 |

Source: HOSPIRA, INC., EX-99.1, 2/28/2006  |  Powered by Intelligize

In addition, the company projects that cash flow from operations in 2006 will be in the $520 million to $570 million range. Depreciation and amortization is projected to range between $150 million to $160 million. Capital expenditures are projected to be in the $230 million to $260 million range.

**\*Use of Non-GAAP Financial Measures**

In addition to the results reported in accordance with GAAP in the United States included within this press release, Hospira has provided certain information that is considered to be non-GAAP financial measures. As used in this press release, "adjusted" refers to operating performance measures that exclude the non-recurring transition expenses in 2005 and 2004 related to becoming an independent, stand-alone company; charges related to the company's manufacturing optimization initiatives, which in 2005 included the sale of the Salt Lake City facility to ICU Medical, Inc. and the planned closing of the Donegal, Ireland facility; impairment charges in 2005 related to the Montreal, Canada and Ashland, Ohio facilities; the tax impact of the repatriation of foreign earnings in 2005; and a curtailment gain in 2004.

"Core net sales," as used in this press release, refer to Hospira's consolidated net sales excluding U.S. and international sales to Abbott, sales of Berlex imaging agents under the arrangement that terminated during the second quarter of 2005, and the impact of foreign exchange translation. Management believes that core net sales provide investors an additional measure to assess the underlying sales trend of Hospira's ongoing business.

Source: HOSPIRA, INC., EX-99.1, 2/28/2006  |  Powered by Intelligize

Management believes that the charges, gains and sales which are excluded in the manner described above are not necessarily indicative of the company's base business results. Therefore, management believes that these non-GAAP financial measures, when presented together with, and reconciled to, the comparable measures presented in accordance with GAAP, are useful to both management and investors in their analysis of the company's ongoing business and operating performance. Management believes that such presentation enables investors to have more complete information with which to assess the company's base results of operation and prospects. Such presentation also facilitates period-to-period comparison of Hospira's base operating results. In addition, management uses this information for operational planning and decision-making purposes.

Non-GAAP financial measures should not be considered a substitute for any GAAP measure. Additionally, non-GAAP financial measures as presented by Hospira may not be comparable to similarly titled measures reported by other companies.

In the fourth quarter of 2005, Hospira incurred non-recurring pre-tax transition expenses of $15.0 million ($11.4 million, or $0.07 per share, after tax) related to establishing an independent infrastructure. Also included in the fourth quarter 2005 GAAP diluted earnings per share are $0.09 per share for charges related to the planned closing of the Donegal, Ireland facility and impairment charges related to the Montreal, Canada and Ashland, Ohio facilities.

9

In the fourth quarter of 2004, Hospira incurred non-recurring pre-tax transition expenses of $17.6 million ($13.4 million, or $0.09 per share, after tax) related to establishing an independent infrastructure.

For the full year of 2005, Hospira incurred non-recurring pre-tax transition expenses of $46.0 million ($35.0 million, or $0.21 per share, after tax) related to establishing an independent infrastructure. The company has previously stated that these non-recurring transition expenses are expected to total approximately $100 million over the 24-month period ending April 30, 2006. Of these costs, a total of $78.4 million has been incurred through Dec. 31, 2005. Also included in the full-year 2005 GAAP diluted earnings per share are $0.18 per share for charges associated with the impairment related to the Montreal, Canada and Ashland, Ohio facilities and the company's manufacturing optimization initiatives, which for 2005 included the planned closing of the company's Donegal, Ireland facility and the sale of the Salt Lake City manufacturing facility; and $0.06 per share related to the company's decision to repatriate undistributed foreign earnings of $175.0 million under the Jobs Creation Act of 2004.

For the 2004 full year, the non-recurring pre-tax transition expenses were $32.4 million ($24.4 million, or $0.16 per share, after tax). The 2004 results also include the one-time, non-cash curtailment gain of $64.6 million ($40.4 million, or $0.26 per share, after tax) recorded in the second quarter of 2004.

10

**Webcast**

A conference call for investors and media will be held at 9 a.m. Central Time, Tuesday, Feb. 28, 2006. A live webcast of the conference call will be available at www.hospirainvestor.com. Listeners should log on approximately 10 minutes in advance to ensure proper computer setup to receive the webcast. A replay will be available on the Hospira Web site for 30 days following the call.

**About Hospira**

Hospira, Inc. is a global specialty pharmaceutical and medication delivery company dedicated to Advancing Wellness™ by developing, manufacturing and marketing products that help improve the productivity, safety and efficacy of patient care. With 70 years of service to the hospital industry, Hospira's portfolio includes one of the industry's broadest lines of generic acute-care injectables, which help address the high cost of proprietary pharmaceuticals; integrated solutions for medication management and infusion therapy; and the leading U.S. injectable contract manufacturing business. Headquartered in Lake Forest, Ill., north of Chicago, Hospira has approximately 13,000 employees and 14 manufacturing facilities worldwide. Hospira's news releases and other information can be found at www.hospira.com.

Source: HOSPIRA, INC., EX-99.1, 2/28/2006 | Powered by Intelligize

**Private Securities Litigation Reform Act of 1995 —**

**A Caution Concerning Forward-Looking Statements**

*This press release contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995, including projections of certain measures of Hospira's results of operations and other statements regarding Hospira's goals and strategy. Hospira cautions that these forward-looking statements are subject to risks and uncertainties that may cause actual results to differ materially from those indicated in the forward-looking statements. Economic, competitive, governmental, technological and other factors that may affect Hospira's operations and may cause actual results to be materially different from expectations include the factors, risks and uncertainties set forth under the heading "Item 1 Business — Risk Factors" in Hospira's Annual Report on Form 10-K for the year ended Dec. 31, 2004, filed with the Securities and Exchange Commission (SEC) and in Hospira's other SEC filings, including its quarterly reports on Form 10-Q, which are incorporated by reference. Hospira undertakes no obligation to release publicly any revisions to forward-looking statements as the result of subsequent events or developments.*

**Contacts:**

| *Media* | *Financial Community* |
|---|---|
| Stacey Eisen | Lynn McHugh |
| (224) 212-2276 | (224) 212-2363 |
| | |
| Tareta Adams | |
| (224) 212-2535 | |

###

12

**Hospira, Inc.**
**Consolidated Statements of Income**
**(Unaudited)**
**(dollars and shares in thousands, except for per share amounts)**

| | Three Months Ended December 31 | | | Twelve Months Ended December 31 | | |
|---|---|---|---|---|---|---|
| | 2005 | 2004 | % Change | 2005 | 2004 | % Change |
| Net sales | $ 608,485 | $ 654,303 | (7.0) | $ 2,457,588 | $ 2,465,052 | (0.3) |
| Net sales to Abbott Laboratories | 37,665 | 46,013 | (18.1) | 169,108 | 179,984 | (6.0) |
| Total Net Sales | 646,150 | 700,316 | (7.7) | 2,626,696 | 2,645,036 | (0.7) |
| | | | | | | |
| Cost of products sold | 460,850 | 486,508 | (5.3) | 1,777,640 | 1,858,435 | (4.3) |
| Gross Profit | 185,300 | 213,808 | (13.3) | 849,056 | 786,601 | 7.9 |
| | | | | | | |
| Research and development | 42,067 | 39,049 | 7.7 | 138,834 | 119,583 | 16.1 |
| Selling, general and administrative | 112,840 | 107,664 | 4.8 | 373,607 | 304,004 | 22.9 |
| Curtailment of post-retirement medical and dental benefits | — | — | nm | — | (64,636) | nm |
| Income From Operations | 30,393 | 67,095 | (54.7) | 336,615 | 427,650 | (21.3) |
| | | | | | | |
| Interest expense | 7,334 | 7,806 | (6.0) | 28,276 | 18,758 | 50.7 |
| Other (income), net | (5,646) | (1,484) | nm | (13,736) | (2,628) | nm |
| Income Before Income Taxes | 28,705 | 60,773 | (52.8) | 322,075 | 411,520 | (21.7) |
| | | | | | | |
| Income tax expense | 2,128 | 11,297 | (81.2) | 86,437 | 109,968 | (21.4) |
| Net Income | $ 26,577 | $ 49,476 | (46.3) | $ 235,638 | $ 301,552 | (21.9) |
| | | | | | | |
| Earnings Per Common Share: | | | | | | |
| Basic | $ 0.16 | $ 0.32 | (50.0) | $ 1.48 | $ 1.93 | (23.3) |
| Diluted | $ 0.16 | $ 0.31 | (48.4) | $ 1.46 | $ 1.92 | (24.0) |
| | | | | | | |
| Weighted Average Common Shares Outstanding: | | | | | | |
| Basic | 161,171 | 156,401 | 3.0 | 159,275 | 156,187 | 2.0 |
| Diluted | 164,144 | 158,047 | 3.9 | 161,634 | 157,160 | 2.8 |

**Hospira, Inc.**
**Reconciliation of Consolidated Statements of Income**
**(Unaudited)**
**(dollars and shares in thousands, except per share amounts)**

| | Three Months Ended December 31, | | | | | | % Change vs. Prior Year | |
| | 2005 | | | 2004 | | | | |
| | GAAP | Adjustments | Adjusted | GAAP | Adjustments | Adjusted | GAAP | Adjusted |
|---|---|---|---|---|---|---|---|---|
| Net sales | $ 608,485 | $ — | $ 608,485 | $ 654,303 | $ — | $ 654,303 | (7.0) | (7.0) |
| Net sales to Abbott Laboratories | 37,665 | — | 37,665 | 46,013 | — | 46,013 | (18.1) | (18.1) |
| Total Net Sales | 646,150 | — | 646,150 | 700,316 | — | 700,316 | (7.7) | (7.7) |
| | | | | | | | | |
| Cost of products sold | 460,850 | (25,281)(A) | 435,569 | 486,508 | (2,511)(B) | 483,997 | (5.3) | (10.0) |
| Gross Profit | 185,300 | 25,281 | 210,581 | 213,808 | 2,511 | 216,319 | (13.3) | (2.7) |
| | | | | | | | | |
| Research and development | 42,067 | (531)(B) | 41,536 | 39,049 | (87)(B) | 38,962 | 7.7 | 6.6 |
| Selling, general and administrative | 112,840 | (8,934)(B) | 103,906 | 107,664 | (14,965)(B) | 92,699 | 4.8 | 12.1 |
| Income From Operations | 30,393 | 34,746 | 65,139 | 67,095 | 17,563 | 84,658 | (54.7) | (23.1) |
| | | | | | | | | |
| Interest expense | 7,334 | — | 7,334 | 7,806 | — | 7,806 | (6.0) | (6.0) |
| Other (income), net | (5,646) | — | (5,646) | (1,484) | — | (1,484) | nm | nm |
| Income Before Income Taxes | 28,705 | 34,746 | 63,451 | 60,773 | 17,563 | 78,336 | (52.8) | (19.0) |
| | | | | | | | | |
| Income tax expense | 2,128 | 7,963(C) | 10,091 | 11,297 | 4,145(D) | 15,442 | (81.2) | (34.7) |
| Net Income | $ 26,577 | $ 26,783 | $ 53,360 | $ 49,476 | $ 13,418 | $ 62,894 | (46.3) | (15.2) |
| | | | | | | | | |
| Earnings Per Common Share: | | | | | | | | |
| Basic | $ 0.16 | $ 0.17 | $ 0.33 | $ 0.32 | $ 0.09 | $ 0.41 | (50.0) | (19.5) |
| Diluted | $ 0.16 | $ 0.16 | $ 0.32 | $ 0.31 | $ 0.09 | $ 0.40 | (48.4) | (20.0) |
| | | | | | | | | |
| Weighted Average Common Shares Outstanding: | | | | | | | | |
| Basic | 161,171 | 161,171 | 161,171 | 156,401 | 156,401 | 156,401 | 3.0 | 3.0 |
| Diluted | 164,144 | 164,144 | 164,144 | 158,047 | 158,047 | 158,047 | 3.9 | 3.9 |
| | | | | | | | | |
| Statistics (as a% of Total Net Sales, except for income tax rate) | | | | | | | | |
| Gross Profit | 28.7% | | 32.6% | 30.5% | | 30.9% | | |
| R&D | 6.5% | | 6.4% | 5.6% | | 5.6% | | |
| SG&A | 17.5% | | 16.1% | 15.4% | | 13.2% | | |
| Income From Operations | 4.7% | | 10.1% | 9.6% | | 12.1% | | |
| Income Before Income Taxes | 4.4% | | 9.8% | 8.7% | | 11.2% | | |
| Net Income | 4.1% | | 8.3% | 7.1% | | 9.0% | | |
| Income tax rate | 7.4% | | 15.9% | 18.6% | | 19.7% | | |

(A)— Includes impairment charges of $13,074 related to the Montreal and Ashland, Ohio manufacturing facilities, $6,338 related to the planned Donegal, Ireland, manufacturing plant closure, $350 related to the sale of the Salt Lake City manufacturing plant to ICU Medical, and non-recurring transition costs of $5,519.

(B)— Non-recurring transition costs.

(C)— Includes the impact of decreasing the overall effective tax rate from 25.5% to 24.0%, and ($361) tax impact of earnings repatriation related to The American Jobs Creations Act.

(D)— Includes the impact of decreasing the overall effective tax rate from 26.0% to 24.7%.

**Hospira, Inc.**
**Reconciliation of Consolidated Statements of Income**
**(Unaudited)**
**(dollars and shares in thousands, except per share amounts)**

| | Twelve Months Ended December 31, | | | | | | % Change vs. Prior Year | |
| | 2005 | | | 2004 | | | | |
| | GAAP | Adjustments | Adjusted | GAAP | Adjustments | Adjusted | GAAP | Adjusted |
|---|---|---|---|---|---|---|---|---|
| Net sales | $ 2,457,588 | $ — | $ 2,457,588 | $ 2,465,052 | $ — | $ 2,465,052 | (0.3) | (0.3) |
| Net sales to Abbott Laboratories | 169,108 | — | 169,108 | 179,984 | — | 179,984 | (6.0) | (6.0) |
| Total Net Sales | 2,626,696 | | 2,626,696 | 2,645,036 | | 2,645,036 | (0.7) | (0.7) |
| Cost of products sold | 1,777,640 | (48,722)(A) | 1,728,918 | 1,858,435 | (4,819)(B) | 1,853,616 | (4.3) | (6.7) |
| Gross Profit | 849,056 | 48,722 | 897,778 | 786,601 | 4,819 | 791,420 | 7.9 | 13.4 |
| Research and development | 138,834 | (906)(B) | 137,928 | 119,583 | (279)(B) | 119,304 | 16.1 | 15.6 |
| Selling, general and administrative | 373,607 | (34,249)(B) | 339,358 | 304,004 | (27,123)(B) | 276,881 | 22.9 | 22.6 |
| Curtailment of post-retirement medical and dental benefits | — | — | — | (64,636) | 64,636(C) | — | nm | nm |
| Income From Operations | 336,615 | 83,877 | 420,492 | 427,650 | (32,215) | 395,235 | (21.3) | 6.4 |
| Interest expense | 28,276 | — | 28,276 | 18,758 | — | 18,758 | 50.7 | 50.7 |
| Other (income), net | (13,736) | — | (13,736) | (2,628) | (189)(B) | (2,817) | nm | nm |
| Income Before Income Taxes | 322,075 | 83,877 | 405,952 | 411,520 | (32,226) | 379,294 | (21.7) | 7.0 |
| Income tax expense | 86,437 | 10,991(D) | 97,428 | 109,968 | (16,234)(C) | 93,734 | (21.4) | 3.9 |
| Net Income | $ 235,638 | $ 72,886 | $ 308,524 | $ 301,552 | $ (15,992) | $ 285,560 | (21.9) | 8.0 |
| Earnings Per Common Share: | | | | | | | | |
| Basic | $ 1.48 | $ 0.46 | $ 1.94 | $ 1.93 | $ (0.10) | $ 1.83 | (23.3) | 6.0 |
| Diluted | $ 1.46 | $ 0.45 | $ 1.91 | $ 1.92 | $ (0.10) | $ 1.82 | (24.0) | 4.9 |
| Weighted Average Common Shares Outstanding: | | | | | | | | |
| Basic | 159,275 | 159,275 | 159,275 | 156,187 | 156,187 | 156,187 | 2.0 | 2.0 |
| Diluted | 161,634 | 161,634 | 161,634 | 157,160 | 157,160 | 157,160 | 2.8 | 2.8 |
| Statistics (as a % of Total Net Sales, except for income tax rate) | | | | | | | | |
| Gross Profit | 32.3% | | 34.2% | 29.7% | | 29.9% | | |
| R&D | 5.3% | | 5.3% | 4.5% | | 4.5% | | |
| SG&A | 14.2% | | 12.9% | 11.5% | | 10.5% | | |
| Income From Operations | 12.8% | | 16.0% | 16.2% | | 14.9% | | |
| Income Before Income Taxes | 12.3% | | 15.5% | 15.6% | | 14.3% | | |
| Net Income | 9.0% | | 11.7% | 11.4% | | 10.8% | | |
| Income tax rate | 26.8% | | 24.0% | 26.7% | | 24.7% | | |

(A) — Includes an impairment charge of $2,429 and other charges of $13,754 related to the sale of the Salt Lake City manufacturing plant to ICU Medical, $8,616 related to the planned closure of the Donegal, Ireland, manufacturing plant, impairment charges of $13,074 related to the Montreal and Ashland, Ohio manufacturing facilities, and non-recurring transition costs of $10,849.

(B) — Non-recurring transition costs.

(C) — 2004 curtailment gain ($64,636) is tax effected at 37.5%, while 2004 non-recurring transition costs were tax effected at 24.7%.

(D) — Includes $9,139 tax impact of earnings repatriation related to The American Jobs Creation Act.

Source: HOSPIRA, INC., EX-99.1, 2/28/2006 | Powered by Intelligize

**Hospira, Inc.**
**Consolidated Balance Sheets**
**(Unaudited)**
**(dollars in thousands)**

| | December 31 2005 | | December 31 2004 | |
|---|---|---|---|---|
| **Assets** | | | | |
| Current Assets: | | | | |
| Cash and cash equivalents | $ | 520,610 | $ | 127,695 |
| Marketable securities | | — | | 72,438 |
| Net trade receivables | | 327,146 | | 326,356 |
| Inventory | | 510,268 | | 518,324 |
| Deferred income taxes | | 144,124 | | 116,295 |
| Prepaid expenses, deferred income taxes and other receivables | | 59,017 | | 37,217 |
| Total Current Assets | | 1,561,165 | | 1,198,325 |
| | | | | |
| Net property and equipment | | 990,813 | | 946,304 |
| Intangible assets, net of amortization | | 14,926 | | 1,057 |
| Goodwill | | 89,197 | | 80,973 |
| Deferred income taxes | | 17,692 | | — |
| Other assets | | 115,389 | | 116,131 |
| Total Assets | $ | 2,789,182 | $ | 2,342,790 |
| | | | | |
| **Liabilities and Shareholders' Equity** | | | | |
| Current Liabilities: | | | | |
| Short-term borrowings | $ | 2,579 | $ | — |
| Trade accounts payable | | 129,865 | | 101,537 |
| Salaries, wages, and commissions | | 107,615 | | 77,875 |
| Other accrued liabilities | | 277,098 | | 190,740 |
| Due to Abbott, net | | 79,079 | | 166,042 |
| Total Current Liabilities | | 596,236 | | 536,194 |
| Due to Abbott, net | | — | | 23,100 |
| Long-term debt | | 695,285 | | 698,841 |
| Deferred income taxes | | 3,958 | | 4,575 |
| Post-retirement obligations and other long-term liabilities | | 165,836 | | 96,161 |
| Commitments and Contingencies | | — | | — |
| Total Liabilities | | 1,461,315 | | 1,358,871 |
| Total Shareholders' Equity | | 1,327,867 | | 983,919 |
| Total Liabilities and Shareholders' Equity | $ | 2,789,182 | $ | 2,342,790 |

**Hospira, Inc.**
**Consolidated Statements of Cash Flows**
**(Unaudited)**
**(dollars in thousands)**

| | Twelve Months Ended December 31 | |
| --- | --- | --- |
| | 2005 | 2004 |
| **Cash Flow From (Used in) Operating Activities:** | | |
| Net income | $ 235,638 | $ 301,552 |
| Adjustments to reconcile net income to net cash from operating activities— | | |
| Depreciation | 154,460 | 141,245 |
| Amortization of intangibles | 1,831 | 4,278 |
| Impairment of long-lived assets | 13,074 | — |
| Curtailment of post-retirement medical and dental benefits | — | (64,636) |
| Trade receivables | (10,707) | (28,051) |
| Inventories | (9,722) | 22,715 |
| Prepaid expenses and other assets | (8,094) | (3,914) |
| Trade accounts payable and other liabilities | 164,196 | 51,515 |
| Other, net | 30,411 | (37,681) |
| Net Cash From Operating Activities | 571,087 | 387,023 |
| **Cash Flow (Used in) From Investing Activities:** | | |
| Acquisitions of property and equipment | (256,108) | (228,854) |
| Proceeds from asset dispositions | 31,818 | — |
| Acquisition of business | (23,590) | — |
| Purchase of intangibles and other investments | (8,990) | — |
| Purchase of marketable securities, net | — | (72,438) |
| Sales of marketable securities | 72,438 | — |
| Net Cash (Used in) Investing Activities | (184,432) | (301,292) |
| **Cash Flow From (Used in) Financing Activities:** | | |
| Net transactions with Abbott Laboratories prior to spin-off | — | 24,209 |
| Pre-distribution dividend to Abbott | — | (700,000) |
| Payment to Abbott for international assets | (116,727) | — |
| Issuance of long-term debt, net of fees paid | 5,252 | 1,393,344 |
| Repayment of long-term debt | (124) | (700,000) |
| Other borrowings, net | 1,385 | — |
| Proceeds from stock options exercised | 118,819 | 23,046 |
| Net Cash From Financing Activities | 8,605 | 40,599 |
| Effect of exchange rate changes on cash and cash equivalents | (2,345) | 1,365 |
| Net change in cash and cash equivalents | 392,915 | 127,695 |
| Cash and cash equivalents at beginning of period | 127,695 | — |
| Cash and cash equivalents at end of period | $ 520,610 | $ 127,695 |

**Hospira, Inc.**
**Sales by Product Line**
**(Unaudited)**
**(dollars in millions)**

| | Three Months Ended December 31 | | | Twelve Months Ended December 31 | | |
|---|---|---|---|---|---|---|
| | **2005** | **2004** | **Percent Change vs. Prior Year*** | **2005** | **2004** | **Percent Change vs. Prior Year*** |
| U.S. — | | | | | | |
| Specialty Injectable Pharmaceuticals | $ 214 | $ 233 | (8.0) | $ 845 | $ 894 | (5.5) |
| Medication Delivery Systems | 197 | 217 | (8.7) | 796 | 783 | 1.7 |
| Injectable Pharmaceutical Contract | | | | | | |
| Manufacturing | 33 | 49 | (33.2) | 179 | 179 | 0.0 |
| Sales to Abbott Laboratories | 25 | 25 | (2.8) | 105 | 120 | (12.6) |
| Other | 68 | 63 | 7.1 | 263 | 244 | 7.3 |
| Total U.S. | 537 | 587 | (8.5) | 2,188 | 2,220 | (1.5) |
| International — | | | | | | |
| Sales to Third Parties | 96 | 92 | 3.9 | 375 | 365 | 2.7 |
| Sales to Abbott Laboratories | 13 | 21 | (36.3) | 64 | 60 | 7.0 |
| Total International Sales | 109 | 113 | (3.6) | 439 | 425 | 3.3 |
| Consolidated Net Sales | $ 646 | $ 700 | (7.7) | $ 2,627 | $ 2,645 | (0.7) |

**Reconciliation of Consolidated Net Sales to Core Net Sales**

| | **2005** | **2004** | **Percent Change vs. Prior Year*** | **2005** | **2004** | **Percent Change vs. Prior Year*** |
|---|---|---|---|---|---|---|
| Consolidated Net Sales | $ 646 | $ 700 | (7.7) | $ 2,627 | $ 2,645 | (0.7) |
| Less: | | | | | | |
| Sales to Abbott Laboratories | (38) | (46) | | (169) | (180) | |
| Berlex imaging agents | — | (52) | | (67) | (197) | |
| Impact of foreign currency | 2 | — | | (9) | — | |
| Core Net Sales | $ 610 | $ 602 | 1.4 | $ 2,382 | $ 2,268 | 5.0 |

* Percent change computed based on unrounded numbers.

Note: Three months ended December 31, 2004 includes an adjustment to net sales of approximately $14 million related to prior periods resulting from the reclassification of certain drug delivery pump leases from operating to sales-type leases. Approximately one-half of the adjustment relates to 2003 and the remaining half relates to the first three quarters of 2004. The adjustment is not material to any prior period.

Source: HOSPIRA, INC., EX-99.1, 2/28/2006  |  Powered by Intelligize

**Hospira, Inc.**
**Segment Information**
**(Unaudited)**
**(dollars in thousands)**

| | Three Months Ended December 31 | | | | | | Twelve Months Ended December 31 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Net Sales | | | Income from Operations | | | Net Sales | | | Income from Operations | | |
| | 2005 | 2004 | % Change | 2005 | 2004 | % Change | 2005 | 2004 | % Change | 2005 | 2004 (1) | % Change |
| U.S. | $ 536,676 | $ 586,808 | (8.5) | $ 38,786 | $ 77,785 | (50.1) | $ 2,187,775 | $ 2,220,070 | (1.5) | $ 328,517 | $ 404,876 | (18.9) |
| International | 109,474 | 113,508 | (3.6) | 10,410 | 14,558 | (28.5) | 438,921 | 424,966 | 3.3 | 68,407 | 88,723 | (22.9) |
| Total reportable segments | $ 646,150 | $ 700,316 | (7.7) | 49,196 | 92,343 | (46.7) | $ 2,626,696 | $ 2,645,036 | (0.7) | 396,924 | 493,599 | (19.6) |
| Corporate functions | | | | (18,803) | (25,248) | (25.5) | | | | (60,309) | (65,949) | (8.6) |
| Income from operations | | | | 30,393 | 67,095 | (54.7) | | | | 336,615 | 427,650 | (21.3) |
| Other, net | | | | (1,688) | (6,322) | nm | | | | (14,540) | (16,130) | nm |
| Income before income taxes | | | | $ 28,705 | $ 60,773 | (52.8) | | | | $ 322,075 | $ 411,520 | (21.7) |

(1) 2004 U.S. Income from operations includes curtailment benefit of $64,636.

**Exhibit 99.2**

# news release



For Immediate Release

*Media*
Stacey Eisen
(224) 212-2276

Tareta Adams
(224) 212-2535

*Financial Community*
Lynn McHugh
(224) 212-2363

## HOSPIRA BOARD AUTHORIZES $400 MILLION
## SHARE REPURCHASE PROGRAM

LAKE FOREST, Ill., Feb. 28, 2006 — Hospira, Inc. (NYSE:HSP), one of the largest hospital products manufacturers in the United States, today announced that its board of directors has authorized the repurchase of up to $400 million of the company's common stock.

"Our strong results since becoming an independent company almost two years ago underscore Hospira's fundamental operating strength and future prospects," said Christopher B. Begley, chief executive officer, Hospira. "We believe those prospects make an investment in our stock a good use of a portion of our growing cash position at this time. Furthermore, the share repurchase program is a tangible demonstration of our commitment to return value to our shareholders, while retaining flexibility to pursue future growth initiatives."

Hospira, Inc.
275 North Field Drive
Lake Forest, IL 60045
www.hospira.com

-MORE-

Source: HOSPIRA, INC., EX-99.2, 2/28/2006  |  Powered by Intelligize

The new program authorizes the company to repurchase common shares from time to time through the open market in compliance with securities regulations and other legal requirements. The size and timing of any purchases are at the discretion of company management, based on factors such as price, business and market conditions.

Shares of stock repurchased under the plan will be held as treasury shares and will be available for general corporate purposes. As of Dec. 31, 2005, the company had approximately 161.7 million shares of common stock outstanding.

**About Hospira**

Hospira, Inc. is a global specialty pharmaceutical and medication delivery company dedicated to Advancing Wellness™ by developing, manufacturing and marketing products that help improve the productivity, safety and efficacy of patient care. With 70 years of service to the hospital industry, Hospira's portfolio includes one of the industry's broadest lines of generic acute-care injectables, which help address the high cost of proprietary pharmaceuticals; integrated solutions for medication management and infusion therapy; and the leading U.S. injectable contract manufacturing business. Headquartered in Lake Forest, Ill., north of Chicago, Hospira has approximately 13,000 employees and 14 manufacturing facilities worldwide. Hospira's news releases and other information can be found at www.hospira.com.

Source: HOSPIRA, INC., EX-99.2, 2/28/2006  |  Powered by Intelligize

**Private Securities Litigation Reform Act of 1995 —
A Caution Concerning Forward-Looking Statements**

*This press release contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995, including statements regarding Hospira's intention to repurchase shares of its stock. Hospira cautions that these forward-looking statements are subject to risks and uncertainties that may cause actual results to differ materially from those indicated in the forward-looking statements, including uncertainties as to the market price of Hospira's stock, market conditions in general and Hospira's future operating performance. Economic, competitive, governmental, technological and other factors that may affect Hospira's operations and may cause actual results to be materially different from expectations include the factors, risks and uncertainties set forth under the heading "Item 1 Business — Risk Factors" in Hospira's Annual Report on Form 10-K for the year ended Dec. 31, 2004, filed with the Securities and Exchange Commission (SEC) and in Hospira's other SEC filings, including its quarterly reports on Form 10-Q, which are incorporated by reference. Hospira undertakes no obligation to release publicly any revisions to forward-looking statements as the result of subsequent events or developments.*

###

Source: HOSPIRA, INC., EX-99.2, 2/28/2006  |  Powered by Intelligize