# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| LORI RAVENSCROFT GEARE and ROBERT J. CASEY, II, Derivatively for the Benefit of HOSPIRA, INC., <br><br>Plaintiffs, <br><br>v. <br><br>CHRISTOPHER B. BEGLEY, F. MICHAEL BALL, THOMAS E. WERNER, IRVING W. BAILEY, II, JACQUE J. SOKOLOV, BARBARA L. BOWLES, ROGER W. HALE, JOHN C. STALEY, CONNIE R. CURRAN, HEINO VON PRONDZYNSKI, MARK F. WHEELER, TERRENCE C. KEARNEY, RONALD A. MATRICARIA, and BRIAN J. SMITH, <br><br>Defendants, <br>–and– <br><br>HOSPIRA, INC., a Delaware corporation, <br><br>Nominal Defendant. | Case No. 11-cv-09074 (JJT) |

**PRELIMINARY APPROVAL ORDER**

WHEREAS, plaintiffs Lori Ravenscroft Geare and Robert J. Casey, II (collectively, "Plaintiffs"), having entered into a Stipulation of Settlement dated November 3, 2014 (with its exhibits, the "Stipulation") concerning the above-captioned shareholder derivative action (the "Action") and *International Union of Operating Engineers Pension Plan of Eastern Pennsylvania and Delaware v. Begley*, C.A. No. 9926-VCP, pending in the Court of Chancery of the State of Delaware (together, "the Actions");

WHEREAS, plaintiffs having made application, pursuant to Federal Rule of Civil Procedure 23.1(c), for an order: (i) preliminarily approving the proposed settlement of the Action"); and (ii) approving distribution of the Notice of Pendency and Proposed Settlement of Shareholder Derivative Actions (the "Notice") attached as Exhibit C to the Stipulation;

WHEREAS, all capitalized terms used in this Order shall have the meanings set forth in the Stipulation, unless indicated otherwise herein; and

WHEREAS, this Court, having considered: (i) Plaintiffs' Uncontested Motion for Preliminary Approval of Settlement together with the accompanying Memorandum of Law; and (ii) the Stipulation, as well as the exhibits attached thereto;

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. The Uncontested Motion for Preliminary Approval of Settlement (doc. no. 71) is granted on the terms and conditions set forth herein.

2. The Court preliminarily approves the Settlement as set forth in the Stipulation.

3. A hearing (the "Settlement Hearing") shall be held before this Court on January 23, 2015, at 10:00 a.m. at the U.S. District Court, Northern District of Illinois, Everett McKinley Dirksen U.S. Courthouse, 219 South Dearborn Street, Courtroom 1419, Chicago, Illinois 60604 to:

a. determine whether the Stipulation provides a fair, reasonable, and adequate resolution of the Action and is in the best interests of Hospira, and should be approved by the Court;

b. determine whether to approve the Fee and Expense Amount and the Incentive Award Amount; and

c. rule upon any such other matters as the Court may deem necessary or appropriate.

4. The Court approves the form and substance of the Notice, and finds that the provisions of the Notice, substantially in the manner and form set forth in Exhibit C to the Stipulation, as modified by the Court, is adequate and reasonable under the circumstances, and as disseminated shall constitute sufficient notice under Federal Rule of Civil Procedure 23.1(c). Non-substantive changes to the form of Notice may be made without further approval of the Court.

5. Not later than ten (10) calendar days following the entry of this Order:

a. Hospira shall furnish a Form 8-K to the U.S. Securities and Exchange Commission that includes the Notice and Stipulation;

b. Hospira shall post a copy of the Notice and the Stipulation on its website; and

c. Plaintiffs' Counsel at Robbins Arroyo LLP and Schubert Jonckheer & Kolbe LLP shall post a copy of the Notice and the Stipulation on their websites.

6. At least fourteen (14) calendar days prior to the Settlement Hearing, Hospira and Plaintiffs' Counsel shall file with the Court declarations affirming that they have posted and published the Notice as instructed herein.

7. Plaintiffs' Counsel shall submit any papers in support of final approval of the Settlement, the Fee and Expense Amount, and the Incentive Award Amount to the Court at least twenty-one (21) calendar days before the Settlement Hearing. The Parties shall file with the Court any responses to any objections filed pursuant to paragraph 8 below at least seven (7) calendar days prior to the Settlement Hearing.

8. Any Hospira Shareholder may show cause why the Stipulation should not be approved as a fair, reasonable, and adequate resolution of the Action or why the Judgment should not be entered herein, or why the Fee and Expense Amount and/or Incentive Award Amount should not be granted; *provided that*, no later than fourteen (14) calendar days prior to the Settlement Hearing, such Person shall file with the Clerk of the Court, U.S. District Court, Northern District of Illinois, Everett McKinley Dirksen U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604: (a) a written objection to the Stipulation, as well as all documents and writings supporting such position; (b) a written notice of the intention to appear, if the Hospira Shareholder intends to appear at the Settlement Hearing; (c) proof of ownership of Hospira common stock, as well as documentary evidence of when such stock ownership was acquired; (d) a detailed statement of the matters to be presented to the Court; and (e) the grounds therefor or the reasons why such Person desires to appear in person or through counsel to be heard, as well as all documents and writings supporting such position. In addition, on or before filing such papers with the Clerk of the Court, such papers shall be served by hand or U.S. mail on the following counsel of record:

>George C. Aguilar
>ROBBINS ARROYO LLP
>600 B Street, Suite 1900
>San Diego, CA 92101
>Telephone: (619) 525-3990
>
>and

Laurence D. Paskowitz
THE PASKOWITZ LAW FIRM, P.C.
208 East 51st Street, Suite 380
New York, NY 10022
Telephone: (212) 685-0969

*Co-Lead Counsel for Plaintiffs*

and

Robert C. Schubert
SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (415) 788-4220

and

James E. Miller
SHEPHERD FINKELMAN MILLER & SHAH LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100

*Counsel for the International Union of Operating Engineers Pension Plan of Eastern Pennsylvania and Delaware*

and

Joshua Z. Rabinovitz
KIRKLAND & ELLIS LLP
300 North LaSalle Drive
Chicago, IL 60654

*Counsel for the Defendants*

9. Any Person who fails to object in the manner prescribed above shall be deemed to have waived such objections and shall be forever barred from raising such objection or otherwise contesting the Stipulation, including the Fee and Expense Amount and the Incentive Award Amount, and the Judgment in this or any other action or proceeding.

10. Pending final determination of whether the Stipulation should be approved, all proceedings in the Action, other than proceedings necessary to carry out the terms and conditions

of the Settlement, are stayed, and the Releasing Parties are barred and enjoined from (a) commencing, maintaining, or prosecuting any action or proceeding against the Released Parties asserting any of the Released Claims, either directly, representatively, derivatively, or in any other capacity against any of the Released Parties; or (b) challenging the Stipulation other than in this Action in accordance with the procedures established by the Court; provided nothing herein shall in any way impair or restrict the rights of any Party to enforce the terms of the Stipulation.

11. Neither the Stipulation, nor the exhibits thereto, nor any document referred to therein, nor any action taken to carry out the Stipulation is, may be construed as, or may be used as an admission by or against the Released Parties, or any of them individually, of any fault, wrongdoing, or liability whatsoever.

12. In the event the Stipulation is not approved by the Court or is terminated for any reason, the Stipulation shall be null and void, of no further force or effect, and without prejudice to any Party, and may not be introduced as evidence or referred to in any actions or proceedings by any Person, and each Party shall be restored to their positions on the date immediately prior to the execution date of the Stipulation.

IT IS SO ORDERED.

Date: November 14, 2014

John J. Tharp, Jr.
United States District Judge