# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LORI RAVENSCROFT GEARE and ROBERT J. CASEY, II, Derivatively for the Benefit of HOSPIRA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTOPHER B. BEGLEY, F. MICHAEL BALL, THOMAS E. WERNER, IRVING W. BAILEY, II, JACQUE J. SOKOLOV, BARBARA L. BOWLES, ROGER W. HALE, JOHN C. STALEY, CONNIE R. CURRAN, HEINO VON PRONDZYNSKI, MARK F. WHEELER, TERRENCE C. KEARNEY, RONALD A. MATRICARIA, and BRIAN J. SMITH, <br><br> Defendants, <br> –and– <br><br> HOSPIRA, INC., a Delaware corporation, <br><br> Nominal Defendant. | Case No. 11-cv-09074 (JJT) |

## NOTICE OF MOTION

To:  Mark Filip
     Robert J. Kopecky
     Joshua Z. Rabinovitz
     KIRKLAND & ELLIS LLP
     300 North LaSalle Drive
     Chicago, IL 60654

PLEASE TAKE NOTICE that on Friday, January 23, 2015, at 10:00 a.m., the undersigned shall appear before the Honorable John J. Tharp, Jr. in Courtroom 1419, at the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then present Plaintiffs' Uncontested Motion for Final Approval of Settlement, Award of Attorneys' Fees and Expenses, and Incentive Awards.

Dated: December 31, 2014

**ROBBINS ARROYO LLP**

By: */s/ George C. Aguilar*

George C. Aguilar
Brian J. Robbins
Ashley R. Palmer
Joan M. Rabutaso
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
gaguilar@robbinsarroyo.com
brobbins@robbinsarroyo.com
apalmer@robbinsaarroyo.com
jrabutaso@robbinsarroyo.com

**THE PASKOWITZ LAW FIRM, P.C.**
Laurence D. Paskowitz
208 East 51st Street, Suite 380
New York, New York 10022
Telephone: (212) 685-0969
Facsimile: (212) 685-2306
lpaskowitz@pasklaw.com

**Co-Lead Counsel for Plaintiffs**

--and--

- 2 -

**LASKY & RIFKIND, LTD**.
Norman Rifkind
Leigh Lasky
Amelia S. Newton
351 West Hubbard Street, Suite 401
Chicago, IL 60654
Telephone: (312) 634-0057
Facsimile: (312) 634-0059
rifkind@laskyrifkind.com
newton@laskyrifkind.com

**THE LAW OFFICES OF EDWARD T. JOYCE & ASSOCIATES, P.C.**
Edward T. Joyce
Rowena T. Parma
135 South LaSalle Street
Suite 2200
Chicago, IL 60603
Telephone: (312) 641-2600
Facsimile: (312) 641-0360
rparma@joycelaw.com

**Co-Liaison Counsel for Plaintiffs**

**Additional Counsel:**

**THE GRANT LAW FIRM, PLLC**
Lynda Grant
521 Fifth Avenue, 17th Floor
New York, NY 10175
Telephone: (212) 292-4441
Facsimile: (212) 292-4442
lgrant@grantfirm.com

**ROY JACOBS & ASSOCIATES**
Roy L. Jacobs
60 East 42nd Street
46th Floor
New York, New York 10165
Telephone: (212) 867-1156
Facsimile: (212) 504-8343
jacobs@jacobsclasslaw.com

**Additional Counsel for Plaintiff Lori Ravenscroft Geare**

**LAW OFFICE OF ALFRED
  G. YATES, JR., P.C.**
Alfred G. Yates, Jr.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Telephone: (412) 391-5164
Facsimile: (412) 471-1033
yateslaw@aol.com

**Additional Counsel for Plaintiff Robert J. Casey**

1004322

# CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

*/s/ George C. Aguilar*
GEORGE C. AGUILAR
ROBBINS ARROYO LLP
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
gaguilar@robbinsarroyo.com