IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LORI RAVENSCROFT GEARE and ROBERT CASEY, II, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 1:11-cv-9074 |
| v. | ) ) | Hon. John J. Tharp, Jr. |
| CHRISTOPHER B. BEGLEY, et al., | ) ) | |
| Defendants. | ) | |

## DECLARATION OF RUTH VENNING

I, Ruth Venning, hereby state under penalty of perjury:

1. I am Director, Investor Relations at Hospira, Inc. I submit this declaration based on my personal knowledge and as required by the Court's order of November 14, 2014.

2. Under the Court's November 14 Order, it is my understanding that Hospira was required to notify Hospira's shareholders of the potential settlement of this action in two ways— (1) by furnishing a Form 8-K to the U.S. Securities and Exchange Commission that included the notice of the proposed settlement and the settlement stipulation; and (2) by posting a copy of the notice and stipulation on Hospira's website. *See* Order, ¶ 5(a)-(b) (Docket #79). It is my further understanding that these actions were to be taken within ten days of the issuance of the November 14 order preliminarily approving the settlement. *Id.* ¶ 5.

3. Hospira satisfied these requirements on a timely basis. I confirm that on November 20, 2014, Hospira furnished the Form 8-K to the SEC and posted the notice and stipulation on Hospira's website.

1

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/7/2015

_Ruth E. Venning_
Ruth Venning