IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LORI RAVENSCROFT GEARE and ROBERT J. CASEY, II, Derivatively for the Benefit of Hospira, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTOPHER B. BEGLEY, F. MICHAEL BALL, THOMAS E. WERNER, IRVING W. BAILEY, II, JACQUE J. SOKOLOV, BARBARA L. BOWLES, ROGER W. HALE, JOHN C. STALEY, CONNIE R. CURRAN, HEINO VON PRONDZYNSKI, MARK F. WHEELER, TERRENCE C. KEARNEY, RONALD A. MATRICARIA, and BRIAN J. SMITH, <br><br> Defendants, <br> –and– <br><br> HOSPIRA, INC., a Delaware corporation, <br><br> Nominal Defendant. | Case No. 11-cv-09074 (JJT) |

**DECLARATION OF KATHERINE B. SCHEELE REGARDING POSTING OF NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF SHAREHOLDER DERIVATIVE ACTIONS AND STIPULATION OF SETTLEMENT**

I, Katherine B. Scheele, being first duly sworn, state under penalty of perjury that:

1. I am an employee of Robbins Arroyo LLP (the "Firm"), one of Co-Lead Counsel for the Illinois Plaintiffs in the above-captioned shareholder derivative action.

2. Pursuant to the Preliminary Approval Order issued by the Court on November 14, 2014, I caused true and correct copies of the Notice of Pendency and Proposed Settlement of Shareholder Derivative Actions ("Notice") and the Stipulation of Settlement ("Stipulation") to be posted on November 18, 2014 on the Firm's website. The Notice and Stipulation can be found at www.robbinsarroyo.com/notices.

3. The Notice and Stipulation have remained on the Firm's website through the date of my signature below, and will remain on the website until the Court grants final approval of settlement and the deadline to appeal any final judgment has expired.

4. In addition, on November 20, 2014, Hospira, Inc. furnished a Form 8-K to the U.S. Securities and Exchange Commission ("SEC"), which attached the Notice as Exhibit 99.1 and the Stipulation and Attachment A (which details the settlement terms) as Exhibit 99.2. These documents remain publicly available on the SEC's EDGAR website at www.sec.gov/Archives/edgar/data/1274057/000110465914082222/0001104659-14-082222-index.htm.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 7th day of January, 2015 at San Diego, California.

_____
KATHERINE B. SCHEELE

1000722

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

*/s/ George C. Aguilar*
GEORGE C. AGUILAR
ROBBINS ARROYO LLP
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
gaguilar@robbinsarroyo.com