IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LORI RAVENSCROFT GEARE and ROBERT J. CASEY, II, Derivatively for the Benefit of HOSPIRA, INC., <br><br>Plaintiffs, <br><br>v. <br><br>CHRISTOPHER B. BEGLEY, F. MICHAEL BALL, THOMAS E. WERNER, IRVING W. BAILEY, II, JACQUE J. SOKOLOV, BARBARA L. BOWLES, ROGER W. HALE, JOHN C. STALEY, CONNIE R. CURRAN, HEINO VON PRONDZYNSKI, MARK F. WHEELER, TERRENCE C. KEARNEY, RONALD A. MATRICARIA, and BRIAN J. SMITH, <br><br>Defendants, <br><br>–and– <br><br>HOSPIRA, INC., a Delaware corporation, <br><br>Nominal Defendant. | Case No. 11-cv-09074 (JJT) |

**PLAINTIFFS' NOTICE OF NON-OBJECTION IN SUPPORT OF
UNCONTESTED MOTION FOR FINAL APPROVAL OF SETTLEMENT,
AWARD OF ATTORNEYS' FEES AND EXPENSES, AND INCENTIVE AWARDS**

Plaintiffs Lori Ravenscroft Geare and Robert J. Casey, II ("Illinois Plaintiffs") respectfully submit this notice of non-objection in further support of their Uncontested Motion for Final Approval of Settlement, Award of Attorneys' Fees and Expenses, and Incentive Awards of the derivative claims brought on behalf of Hospira, Inc. ("Hospira").[1] Notice to Hospira shareholders was disseminated pursuant to the Court's November 14, 2014 order granting preliminary approval of the Settlement and approving the Notice and Summary Notice of Pendency of Shareholder Derivative Actions (the "Notices") (Dkt. No. 79). *See* Declaration of Ruth Venning (Jan. 7, 2015) (Dkt. No. 84); Declaration of Willem F. Jonckheer Regarding Posting of Notice of Pendency and Proposed Settlement of Shareholder Derivative Actions and Stipulation of Settlement (Jan. 9, 2015) (Dkt. No. 85); Declaration of Katherine B. Scheele Regarding Posting of Notice of Pendency and Proposed Settlement of Shareholder Derivative Actions and Stipulation of Settlement (Jan. 9, 2015) (Dkt. No. 86).

The Notices advised Hospira shareholders of the proposed Settlement and its material terms, including the negotiated attorneys' fees and expenses in the amount of $2.3 million to Illinois Plaintiffs' Counsel and $330,000 to Delaware Plaintiff's Counsel (the "Fee and Expense Amount"), and the Incentive Award Amount of $3,000 for each of the Plaintiffs, to be paid from the Fee and Expense Amount. The Notices further advised Hospira shareholders of the January 9, 2015 deadline for filing objections to the proposed Settlement, including the Fee and Expense Amount. The January 9, 2015 deadline has now passed and not a single Hospira stockholder has objected to the proposed Settlement.

A factor courts in the Seventh Circuit use in the approval or rejection of a settlement in representative litigation is an evaluation of the amount of opposition to the proposed settlement.

---

[1] All capitalized terms not defined herein shall have the same meanings and/or definitions as set forth in the Stipulation of Settlement dated November 3, 2014 (Dkt. No. 74).

*Isby v. Bayh*, 75 F.3d 1191, 1199 (7th Cir. 1996); *Retsky Family Ltd. Partnership v. Price Waterhouse LLP*, No. 97 C 7694, 2001 WL 1568856, *3 (N.D. Ill. Dec. 10, 2001). The lack of objection from Hospira shareholders further supports the reasonableness of the Settlement, including the Fee and Expense Amount. *Retsky*, 2001 WL 1568856 at *3 ("[T]he absence of objection to the [class action] settlement is evidence that the settlement is fair, reasonable and adequate."); *see also, Susquehanna Corp. v. Korholz*, 84 F.R.D. 316, 320-21 (N.D. Ill. 1979) (noting in a settlement of consolidated shareholder derivative actions, when, among other things, the "number of objectors, or the interest they represent, is not large, it may properly be presumed that the agreement is fair and adequate").

Based on the foregoing and the entire record herein, Illinois Plaintiffs respectfully request that the Court approve the Settlement as fair, reasonable, and adequate and in the best interest of Hospira and Hospira shareholders, and approve the Incentive Award Amount and agreed-to Fee and Expense Amount.

Dated: January 16, 2015

**ROBBINS ARROYO LLP**

By: */s/ George C. Aguilar*

George C. Aguilar
Brian J. Robbins
Ashley R. Palmer
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
gaguilar@robbinsarroyo.com
brobbins@robbinsarroyo.com
apalmer@robbinsaarroyo.com

**THE PASKOWITZ LAW FIRM, P.C.**
Laurence D. Paskowitz
208 East 51st Street, Suite 380
New York, New York 10022
Telephone: (212) 685-0969

Facsimile: (212) 685-2306
lpaskowitz@pasklaw.com

**Co-Lead Counsel for Plaintiffs**

–and–

**LASKY & RIFKIND, LTD**.
Norman Rifkind
Amelia S. Newton
351 West Hubbard Street, Suite 401
Chicago, IL 60654
Telephone: (312) 634-0057
Facsimile: (312) 634-0059
rifkind@laskyrifkind.com
newton@laskyrifkind.com

**THE LAW OFFICES OF EDWARD T.
    JOYCE & ASSOCIATES, P.C.**
Edward T. Joyce
Rowena T. Parma
135 South LaSalle Street
Suite 2200
Chicago, IL 60603
Telephone: (312) 641-2600
Facsimile: (312) 641-0360
rparma@joycelaw.com

**Co-Liaison Counsel for Plaintiffs**

**Additional Counsel:**

**THE GRANT LAW FIRM, PLLC**
Lynda Grant
521 Fifth Avenue, 17th Floor
New York, NY 10175
Telephone: (212) 292-4441
Facsimile: (212) 292-4442
lgrant@grantfirm.com

**ROY JACOBS & ASSOCIATES**
Roy L. Jacobs
60 East 42nd Street
46th Floor
New York, New York 10165
Telephone: (212) 867-1156
Facsimile: (212) 504-8343

jacobs@jacobsclasslaw.com

**Additional Counsel for Plaintiff Lori Ravenscroft Geare**

**LAW OFFICE OF ALFRED  
 G. YATES, JR., P.C.**  
Alfred G. Yates, Jr.  
519 Allegheny Building  
429 Forbes Avenue  
Pittsburgh, PA 15219  
Telephone: (412) 391-5164  
Facsimile: (412) 471-1033  
yateslaw@aol.com

**Additional Counsel for Plaintiff Robert J. Casey**

1005763

# CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

        */s/ George C. Aguilar*
        GEORGE C. AGUILAR
        ROBBINS ARROYO LLP
        600 B Street, Suite 1900
        San Diego, CA 92101
        Telephone: (619) 525-3990
        Facsimile: (619) 525-3991
        gaguilar@robbinsarroyo.com